300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a0703-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a0603-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0701-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0704-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0503-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0705-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4703-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0706-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0753-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0793-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443